B1 (Official Form 1) (04/13)

**15-18720 TBM**

08/03/2015 09:52:44pm

**United States Bankruptcy Court**
**DISTRICT OF COLORADO**
**DENVER DIVISION**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Red Arrow Gold Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **84-1079082** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **623 Grand Avenue** **Mancos, CO** ZIP CODE **81328** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Montezuma** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **623 Grand Avenue** **Mancos, CO** ZIP CODE **81328** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:       Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURTHOUSE ONLY

FILED 15 AUG -4 PM 2:30 KENNETH S. GARDNER

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.7.4, ID 0551481275)

B1 (Official Form 1) (04/13)  
08/03/2015 09:52:44pm  
Page 2

| **Voluntary Petition** (This page must be completed and filed in every case.) | Name of Debtor(s): **Red Arrow Gold Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) ||||
|---|---|---|---|
| Name of Debtor: | Case Number: || Date Filed: |
| District: | Relationship: || Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)
08/03/2015 09:52:44pm
Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Red Arrow Gold Corporation** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br><br>X_____<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney\***<br><br>X /s/ K. Barron Bradshaw<br>**K. Barron Bradshaw**<br><br>Bar No. KIT BRADSHAW<br>MICHAEL JACKSON<br>5889 GREENWOOD PLAZA<br>SUITE 200<br>ENGLEWOOD, CO 80111<br><br>James B. Jameson & Associates<br>PO Box 980575<br>Houston, TX 77098<br><br>Phone No. (713) 807-1705    Fax No. (713) 807-1710<br><br>8/4/2015<br>Date<br><br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**Red Arrow Gold Corporation**<br><br>X /s/ Craig Liukko<br>Signature of Authorized Individual<br>**Craig Liukko**<br>Printed Name of Authorized Individual<br>**Director and President**<br>Title of Authorized Individual<br><br>8/4/2015<br>Date | Address<br>X_____<br><br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 6 Summary (Official Form 6 - Summary) (12/14)

08/03/2015 09:52:48pm

KENNETH S. GARDNER
CLERK

2015 AUG -4 PM 2: 30

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION

In re  Red Arrow Gold Corporation

Case No.

Chapter

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $25,000,000.00 | | |
| B - Personal Property | No | 0 | | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $1,300,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $3,255,081.49 | |
| G - Executory Contracts and Unexpired Leases | No | 0 | | | |
| H - Codebtors | No | 0 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 9 | $25,000,000.00 | $4,555,081.49 | |

B6A (Official Form 6A) (12/07)

08/03/2015 09:52:45pm

In re **Red Arrow Gold Corporation**

Case No. _____
(if known)

FILED
KENNETH S. GARDNER
CLERK
2015 AUG -4 PM 2:30
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Approx. 366.9 acres<br>Red Arrow Mining Property<br>Vicinity Forest Service Road 567<br>Montezuma County, Colorado<br><br>Two tracts as described in Exhibit "A" | Fee Simple | | $25,000,000.00 | $1,300,000.00 |
| | | Total: | $25,000,000.00 | |

(Report also on Summary of Schedules)

576176 OT 04/11/2011 02:49:52 PM
Page 6 of 8
Carol Tullis Clerk/Recorder, Montezuma County, Co

## EXHIBIT A

Tract 1:

Red Arrow No. 2, Red Arrow No. 3, Red Arrow No. 9 Lode Mining Claims, Survey No. 20551, Except all that portion embraced in Survey No. 16059 as set forth in Patent recorded June 8, 1940 in Book 110 at page 435.

Red Arrow No. 5, Red Arrow No. 4, Red Arrow No. 20, Red Arrow No. 7, Red Arrow No. 21 and Park City Lode Mining Claims, Survey No. 20563 A, Except all that portion embraced in Survey No. 20551 and Survey No. 16059 and NE/4SW/4 and NW/4SE/4 of Section 11, Township 36 North, Range 12 West, N.M.P.M., as set forth in Patent recorded June 8, 1940 in Book 110 at page 436.

Red Arrow No. 8, Red Arrow Extension and Red Arrow No. 19 Lode Mining Claims, Survey No. 20562, Except all that portion embraced in Survey No. 20551 and Survey No. 16059 as set forth in Patent recorded June 8, 1940 in Book 110 at page 438.

Tract 2:

The ROCKY PLACER MINING CLAIM; the GOLD RUN PLACER MINING CLAIM; the HIDDEN TREASURE PLACER MINING CLAIM; the FALL CREEK PLACER MINING CLAIM, the EAST GULCH PLACER MINING CLAIM, the BELLE OF EAST MANCOS PLACER MINING CLAIM, all Survey No. 16059, California Mining District, Montezuma County, Colorado.

LESS AND EXCEPT that portion of the above named mining claims, if any, lying within overlapping mining claims.

County of Montezuma,
State of Colorado.

08/03/2015 09:52:46pm

B6D (Official Form 6D) (12/07)
In re **Red Arrow Gold Corporation**        Case No. _____
                                                                                                   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Stephen Rynerson - Attorney<br>Bryan Cave, LLP<br>Attorneys for Maximilian Investors, LLC<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203-4541 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Approx. 366.9 acres**<br>REMARKS:<br><br><br>VALUE:                $25,000,000.00 | X | X | X | $1,300,000.00 | |
| Representing:<br>Stephen Rynerson - Attorney | | Maximilian Investors, LLC<br>152 West 57th Street<br>New York, NY 10019 | | | | Notice Only | Notice Only |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | $1,300,000.00 | $0.00 |
| | | | Total (Use only on last page) > | | | $1,300,000.00 | $0.00 |

    **No**     continuation sheets attached                                     (Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

08/03/2015 09:52:47pm

B6E (Official Form 6E) (04/13)

In re  **Red Arrow Gold Corporation**                                                          Case No. _____
                                                                                                                  (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

08/03/2015 09:52:47pm

B6E (Official Form 6E) (04/13) - Cont.

In re **Red Arrow Gold Corporation**  Case No. _____
                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>CO Div of Reclamation, Mining & Safety<br>1313 Sherman St., Room 215<br>Denver, CO 80203 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>U.S. Environmental Protection Agency<br>Region 8<br>1595 Wynkoop Street<br>Denver, CO 80202 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __1__ of __1__ continuation sheets   Subtotals (Totals of this page) >   $0.00   $0.00   $0.00
attached to Schedule of Creditors Holding Priority Claims                    Total >   $0.00
                             (Use only on last page of the completed Schedule E.
                             Report also on the Summary of Schedules.)

                                                        Totals >             $0.00   $0.00
                             (Use only on last page of the completed Schedule E.
                             If applicable, report also on the Statistical Summary
                             of Certain Liabilities and Related Data.)

08/03/2015 09:52:48pm

B6F (Official Form 6F) (12/07)

In re **Red Arrow Gold Corporation**  Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Chester Wittwer**<br>**620 Ford Drive**<br>**Durango, CO 81301** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $61,225.00 |
| ACCT #:<br>**Craig & Carol Liukko**<br>**623 Grand Avenue**<br>**Mancos, CO 81328** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $1,800,000.00 |
| ACCT #:<br>**David and/or Dorothy Hammond**<br>**12219 N. 36th Place**<br>**Phoenix, AZ 85032** | | DATE INCURRED: **11/26/2011**<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $12,000.00 |
| ACCT #:<br>**David and/or Karen Dennis**<br>**9374 W Colorado Avenue**<br>**Lakewood, CO 80232** | | DATE INCURRED: **8/9/2011**<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $20,025.00 |
| ACCT #:<br>**David and/or Karen Dennis**<br>**9374 W Colorado Avenue**<br>**Lakewood, CO 80232** | | DATE INCURRED: **10/7/2011**<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $31,800.00 |
| ACCT #:<br>**David Dufresne**<br>**34620 W 86th Terrace**<br>**Desoto, KS 66018** | | DATE INCURRED: **10/28/2011**<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $10,000.00 |
| | | | | | Subtotal > | $1,935,050.00 |
| | | | | | Total > | |

____4____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

08/03/2015 09:52:48pm

B6F (Official Form 6F) (12/07) - Cont.
In re **Red Arrow Gold Corporation**              Case No. _____
                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Edwin & Joyce Liukko**<br>22779 County Road L<br>Cortez, CO 81321 | | DATE INCURRED:<br>CONSIDERATION: **Shareholder**<br>REMARKS: | | | | $350,000.00 |
| ACCT #:<br>**John Simon**<br>PO Box 3391<br>Telluride, CO 81435 | | DATE INCURRED: **1/14/2011**<br>CONSIDERATION: **Shareholder**<br>REMARKS: | | | | $45,000.00 |
| ACCT #:<br>**Joyce D. Maros**<br>1876 Sixty Oaks Lane<br>Vero Beach, FL 32966 | | DATE INCURRED: **6/1/2012**<br>CONSIDERATION: **Shareholder**<br>REMARKS: | | | | $10,000.00 |
| ACCT #:<br>**Julie A. Larson**<br>27767 Whirlaway Trail<br>Evergreen, CO 80439 | | DATE INCURRED: **8/2/2010**<br>CONSIDERATION: **Shareholder**<br>REMARKS: | | | | $100,000.00 |
| ACCT #:<br>**Julie A. Larson**<br>27767 Whirlaway Trail<br>Evergreen, CO 80439 | | DATE INCURRED: **4/8/2011**<br>CONSIDERATION: **Shareholder**<br>REMARKS: | | | | $100,000.00 |
| ACCT #:<br>**Kenneth Urban**<br>10919 W 59th Place<br>Arvada, CO 80004 | | DATE INCURRED: **7/14/2011**<br>CONSIDERATION: **Shareholder**<br>REMARKS: | | | | $6,400.00 |

Sheet no. __1__ of __4__ continuation sheets attached to          Subtotal >   $611,400.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                  Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

08/03/2015 09:52:48pm

B6F (Official Form 6F) (12/07) - Cont.
In re **Red Arrow Gold Corporation**                                  Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kenneth Urban**<br>10919 W 59th Place<br>Arvada, CO 80004 | | DATE INCURRED: 12/10/2011<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | X | | $31,069.89 |
| ACCT #:<br>**Lynwood F. and/or Audrey S. Johnson**<br>1060 N. 86th Place<br>Scottsdale, AZ 85257 | | DATE INCURRED: 11/14/2011<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $10,000.00 |
| ACCT #:<br>**Mark & Virginia Myerson**<br>621 Benston Place<br>Baltimore, MD 21210 | | DATE INCURRED: 1/13/2011<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $100,000.00 |
| ACCT #:<br>**Melanie Briscoe**<br>PO Box 470393<br>Aurora, CO 80047 | | DATE INCURRED: 10/3/2011<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $10,000.00 |
| ACCT #:<br>**Melanie Briscoe**<br>PO Box 470393<br>Aurora, CO 80047 | | DATE INCURRED: 4/13/2012<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $10,000.00 |
| ACCT #:<br>**Michael A. Hudson**<br>12658 West Dorado Place<br>Littleton, CO 80127 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $75,000.00 |

Sheet no. __2__ of __4__ continuation sheets attached to            Subtotal >        $236,069.89
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                    Total >
                                        (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

08/03/2015 09:52:48pm

B6F (Official Form 6F) (12/07) - Cont.
In re **Red Arrow Gold Corporation**      Case No. _____
                                                                                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Paul J. Wedel**<br>1523 11th Street, Apt. J<br>Santa Monica, CA 90401 | | DATE INCURRED: **12/27/2010**<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $25,000.00 |
| ACCT #:<br>**Paul J. Wedel**<br>1523 11th Street, Apt. J<br>Santa Monica, CA 90401 | | DATE INCURRED: **8/23/2011**<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $10,000.00 |
| ACCT #:<br>**Penni Bauer**<br>2622 Tyler Lane<br>Seer Park, TX 77536 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $40,000.00 |
| ACCT #:<br>**Richard & Judith Eaman**<br>13095 W 52nd Avenue<br>Arvada, CO 80002 | | DATE INCURRED: **8/19/2010**<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $11,500.00 |
| ACCT #:<br>**Richard H. & Sharon L. Lynch**<br>4499 S Tennyson Street<br>Denver, CO 80236 | | DATE INCURRED: **4/22/2012**<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $20,000.00 |
| ACCT #:<br>**Robert Korn - Attorney**<br>100 W. Colorado Avenue<br>Telluride, CO 81425 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $2,384.50 |

Sheet no. __3__ of __4__ continuation sheets attached to          Subtotal >     $108,884.50
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

08/03/2015 09:52:48pm

B6F (Official Form 6F) (12/07) - Cont.
In re **Red Arrow Gold Corporation**          Case No. _____
                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Robert P. Johnson**<br>**744 Lake Durango Drive**<br>**Durango, CO 81303** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $150,000.00 |
| ACCT #:<br>**San Juan Drilling**<br>**1127 6500 Road**<br>**Montrose, CO 81401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $119,282.10 |
| ACCT #:<br>**Tom Rountree**<br>**1385 S Colorado Blvd., Suite 218**<br>**Denver, CO 80222** | | DATE INCURRED: 10/7/2011<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $11,395.00 |
| ACCT #:<br>**William O. and/or Glenda A. Dudley**<br>**3090 Crabapple Road**<br>**Golden, CO 80401** | | DATE INCURRED: 10/4/2011<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $73,000.00 |
| ACCT #:<br>**William S. Thielman**<br>**12075 W 18th Drive**<br>**Lakewood, CO 80215-2511** | | DATE INCURRED: 3/12/2011<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | $10,000.00 |

Sheet no. __4__ of __4__ continuation sheets attached to          Subtotal >   $363,677.10
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                  Total >     $3,255,081.49
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

08/03/2015 09:52:49pm

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re **Red Arrow Gold Corporation**    Case No. _____
(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Director and President** _____ of the _____ **Corporation** _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **10** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **8/4/2015** _____    Signature **/s/ Craig Liukko**
                                              **Craig Liukko**
                                              **Director and President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION

IN RE: Red Arrow Gold Corporation

CASE NO

CHAPTER 11

FILED 08/03/2015 09:52:50pm
KENNETH S. GARDNER
CLERK

2015 AUG -4 PM 2:30

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 8/4/2015

Signature /s/ Craig Liukko
Craig Liukko
Director and President

Date _____

Signature _____

15-18720 TBM

FILED
KENNETH S. GARDNER
CLERK
2015 AUG -4 PM 2:30
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Local Bankruptcy Form 1002-1.1

COVER SHEET FOR PETITION

CHECK APPLICABLE BOXES TO SHOW ALL DOCUMENTS ATTACHED

| Name of debtor(s): Red Arrow Gold Corporation | [✓] Attorney (firm name, address, telephone, and registration number): K. Barron Bradshaw 5889 Greenwood Plaza Blvd. Suite 200 Englewood, CO 80111 [ ] No attorney ("*pro se*")(home address, telephone): |
|---|---|

| Filing fee (revised per directive of the Judicial Conference of the United States): |
|---|
| [ ]   $335 for chapter 7 |
| [✓]  $1,717 for chapter 11 |
| [ ]   $275 for chapter 12 |
| [ ]   $310 for chapter 13 |
| [ ]   Other fee paid: $_____. Enter amount AND attach applicable application under FED. R. BANKR. P. 1006 to pay in installments or pursuant to 28 U.S.C. § 1930(f) (if applicable). |

| Individual and business debtor(s) (except as otherwise noted): |
|---|
| [ ]  Exhibit D Statement of Compliance with Credit Counseling Requirement for each individual debtor (a list of all authorized Credit Counselors for Colorado is found at http://www.usdoj.gov/ust or the court has a list that may be viewed in the Records/Public Information Room 114 of the court.) |
| [✓]  Voluntary Petition – Official Form 1 |
| [ ]  Statement of Financial Affairs – Official Form 7 |
| [ ]  Summary of Schedules A–J – Official Form 6–Summary |
| [ ]  Schedules A, B, C, D, E, F, G, H, I, and J – Official Forms 6A, 6B, 6C, 6D, 6E, 6F, 6Iand 6J |
| [✓]  Declaration Concerning Debtor's Schedules – Official Form 6–Declaration |
| [ ]  Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer – Official Form 19 (submitted only if debtor used the services of a bankruptcy petition preparer) |
| [ ]  For each individual debtor, copies of all payment advices, paycheck stubs, or other evidence of all salary, commissions or income received within 60 days before the bankruptcy case was filed, copied on 8 ½ by 11 paper with the debtor's first and last name printed on top of each page (and bankruptcy case number, if a number has been assigned); OR, as applicable, complete L.B. Form 1007-6.1 ("Statement Under Penalty of Perjury Concerning Payment Advices") for each debtor. |
| [ ]  A record of any interest in an education individual retirement account ("IRA") (26 U.S.C. § 530(b)(1)) or qualified state tuition program (26 U.S.C. § 529(b)(1) plans). |

| | |
|---|---|
| [ ] | Attorney Fee Disclosure Statement – Director's Procedural Form B 203 |
| [✓] | Verification of Creditors' Matrix – L.B. Form 1007-2.1 |
| [✓] | Creditors' Matrix (see L.B.R. 1007-2 and L.B.R. 1007-2App. for instructions). |

**Additional items due from ALL individual debtors:**

[ ] Statement of Social Security Number(s) – Official Form 21

Chapter 7 individual debtors also must file:
- [ ] Statement of Current Monthly Income and Means Test Calculation – Official Form 22A*
- [ ] Statement of Intention – Official Form 8 (due thirty days post-petition) (the failure to comply with this statement and file reaffirmation agreements or motions to redeem personal property that the debtor does not intend to surrender has ramifications 45 days after the first scheduled meeting of creditors under 11 U.S.C. § 362(h) of the Bankruptcy Code)

Chapter 11 individual debtors also must file:
- [ ] Statement of Current Monthly Income – Official Form 22B

Chapter 13 individual debtors also must file:
- [ ] Statement of Current Monthly Income and Disposable Income Calculation – Official Form 22C*
- [ ] Plan – L.B. Form 3015.1

*The links for the updated Internal Revenue Service and Census Bureau Information that may be needed to complete Statement of Current Monthly Income, Official Forms 22A and 22B, can be reached from the web site: http://www.usdoj.gov/ust/. (Not applicable in chapter 7 cases if debts are primarily business debts.)

**Additional items due from chapter 11 debtors:**

| | |
|---|---|
| [✓] | List of Twenty Largest Creditors – Official Form 4 |
| [✓] | Corporate Ownership Statement – Required by FED. R BANKR. P. 1007(a)(1) for corporations. L.B. Form 1007-4.1. |
| [✓] | List of Equity Interest Holders – Required by FED. R. BANKR. P. 1007(a)(3) for corporations. L.B. Form 1007-4.2. |
| [ ] | Small business debtors must file the most recent 1) balance sheet, 2) statements of operations, 3) cash-flow statement and 4) federal income tax return; OR a verified statement that those documents do not exist and have not been prepared or filed. |
| [ ] | Disclosure Regarding Receivers Bankruptcy Form 1007-7.1. |

| Date: | Printed name of party signing: | Signature of attorney (or debtor without counsel): |
|---|---|---|
| 8/4/2015 | Craig Liukko | *[signature]* |